# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

| | |
|---|---|
| In Re: | Case No. 19-31889 |
| Ronnie F. Neal | Chapter 13 |
| Debtor. | Judge Joel D. Applebaum |

### STIPULATION TO ADJOURN HEARING ON SPECIALIZED LOAN SERVICING, LLC PLAN OBJECTION

This matter having come before the Court upon Specialized Loan Servicing, LLC ("Creditor") Plan Objection, a hearing having been scheduled on the matter for 11/12/19 at 9:00 a.m., Debtor and Creditor having Stipulated to Adjourn this matter according to the attached Order ("Exhibit A"),

IT IS HEREBY STIPULATED that the hearing on Creditor's Motion for Relief from Stay is adjourned to 12/17/19 at 9:00 a.m.

IT IS FURTHER STIPULATED that the Automatic Stay shall remain in effect until the Court orders otherwise.

STIPULATED TO:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/John L. Hicks
John L. Hicks (P44667)
412 S. Saginaw Street, 1st floor
Flint, MI 48502
810-232-2223
Jlhicks14@hotmail.com
(Per Authorization Received on 11/1/19)